THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN ABDUL GILBERT, | Case No. C09-0757-JCC |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| STEVE SINCLAIR, | |
| Respondent. | |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 amended petition for writ of habeas corpus (Dkt. No. 10), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, (Dkt. No. 18), to which there has been no timely objection, and the balance of the record, does hereby find and ORDER:

1. The Court ADOPTS the Report and Recommendation;
2. Petitioner's amended petition for writ of habeas corpus (Dkt. No. 10) is DENIED and this action is DISMISSED with prejudice;
3. The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Brian A. Tsuchida.

DATED this 15th day of December, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1